DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RENITA CHARLES,**
Appellant,

v.

**CLIFFORD CHARLES,**
Appellee.

No. 4D2023-1812

[May 23, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan Lebow, Senior Judge; L.T. Case No. FMCE23-000221.

Renita Charles, Pembroke Pines, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***